# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| LORI SCHULTZ, *Individually, and as Representative of the Estate of John F. Schultz, Deceased,* § § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. H-08-1666 |
| § | |
| SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE, § § § | |
| Defendant. § | |

## ORDER GRANTING MOTION FOR STAY

The unopposed motion for stay of proceedings pending transfer to the MDL is granted. This case is stayed and administratively closed pending transfer by the Judicial Panel on Multidistrict Litigation to the United States District Court for the Eastern District of Pennsylvania.

SIGNED on June 24, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge